UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BUMGARNER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. 3:22-cv-05650-JHC<br><br>ORDER TO SHOW CAUSE |

On September 7, 2022, Plaintiff William Bumgarner filed his complaint seeking review of the Commissioner's decision denying social security benefits. Dkt. # 10. The Clerk issued summonses the same day. Dkt. # 11.

Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Under this district's General Orders 04-15 and 05-15, Plaintiff may effectuate service electronically by sending a copy of the summons and complaint, along with Plaintiff's identifying information, by email to: USAWAW.SSAClerk@usdoj.gov.

Once service is effectuated, the Commissioner must serve an answer to Plaintiff's complaint within 60 days. Fed. R. Civ. P. 12(a)(2); *see also* Fed. R. Civ. P., Supplemental R. 4

ORDER TO SHOW CAUSE - 1

for Social Security Actions Under 42 U.S.C. § 405(g) (effective Dec. 1, 2022) ("An answer must be served on the plaintiff within 60 days after notice of the action is given under Rule 3.").

To date, Plaintiff has not filed proof of service, and the Commissioner has not served an answer. The Court therefore ORDERS Plaintiff to file proof of service on Defendant no later than March 21, 2023. If Plaintiff cannot comply with that deadline, however, he must SHOW CAUSE by the same date why this action should not be dismissed.

Dated this 7th day of March, 2023.

John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 2