UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BUMGARNER,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C22-5650 JHC<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be AMENDED as follows:

- Defendant shall have up to and including August 17, 2023 to file Defendant's Responsive Brief; and

- Plaintiff shall have up to and including August 31, 2023 to file the optional Reply Brief.

DATED this 13th day of July, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1